# THE MARKS LAW FIRM, P.C.

August 27, 2021

**Via ECF:**
Hon. Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

      RE: **Luc Burbon v. Embroidery Central, Inc.**
            Index: 1:21-cv-1677-NGG-MMH

Dear Judge Henry,

    As you are aware, the undersigned represents Luc Burbon, Plaintiff, in the above referenced action. This letter is respectfully submitted in response to your Honor's August 27, 2021 Order. Plaintiff requests an additional thirty (30) days from days of this letter to serve Defendant Embroidery Central, Inc.

    After a review of our records, and confirming with the process server (United Process Server, Inc.), it appears the papers that were sent to the process server did not reach them, which in turn caused service not to be effectuated timely. This is ultimately our office's error for which we apologize as an isolated incident. The summons was issued on March 29, 2021, and the time to serve of 90 days has expired.

    Accordingly, we respectfully request an additional thirty (30) days from the date of this request to effectuate service and upload the corresponding affidavit of service. This is the first request of its kind and of no prejudice to Defendant.

We thank you and the Court for its time and consideration on this matter.

                                Respectfully Submitted,

                                The Marks Law Firm, P.C.

                            By:_____
                                  Bradly G. Marks

54 W 40th Street, Suite 1131, New York, New York 10018
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com