UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK     Attorney: THE MARKS LAW FIRM, P.C.

LUC BURBON AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED

                                       Plaintiff(s)

                     - against -

EMBROIDERY CENTRAL, INC.

                                       Defendant(s)

Index # 1:21-CV-1677

Purchased March 29, 2021

**AFFIDAVIT OF COMPLIANCE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on September 21, 2021 at 09:00 AM at

SECRETARY OF STATE
ALBANY NY

deponent served the within SUMMONS IN A CIVL ACTION AND COMPLAINT, CIVIL COVER SHEET on EMBROIDERY CENTRAL, INC. therein named,

**SECRETARY OF STATE**    a Foreign corporation by delivering thereat one true copy to AMY LESCH, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 307 of the Business Corporation Law and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 40 | 5'7 | 165 |

RETURN RECEIPT RETURNED SIGNED BY WESTLEY HARTVIGSEN.

Also mailed a notice that the N. Y. Secretary of State was served with the legal documents herein described and tendered the statutory fee.

Sworn to me on: October 18, 2021

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in Queens County
Commission Expires April 11, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

STEVEN C. AVERY

Invoice #: 771310

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

EMBROIDERY CENTRAL, INC.
C/O DARIN ANDERSEN
1638 NORTH 200 WEST STE G
LOGAN, UT 84341

9590 9402 6758 1074 7532 67

2. Article Number (Transfer from service label)



RF 408 370 643 US

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X *[signature]*

☐ Agent
☐ Addressee

B. Received by (Printed Name)

westley Hartvissen

C. Date of Delivery

9/27/21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
■ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery