**ATTORNEY AFFIRMATION OF SERVICE**

STATE OF NEW YORK        :
                          SS.:
COUNTY OF NEW YORK       :

I, A. Evelyn Rodriguez, an attorney at law admitted to practice before this Court, affirms as follows:

On April 13, 2022, I served true copies of Judge Marcia M. Henry's April 12, 2022 Order in the case entitled *Luc Burbon v. Embroidery Central, Inc. et al Index: #1:21-cv-1677-NGG-MMH* upon:

Embroidery Central, Inc.
c/o  Dana Andersen
1638 North 200 West, Ste G
Logan, UT 84341

Embroidery Central, Inc.
775 West 1000 North, Suite 110
Logan, UT 84321

by depositing a true copy of same enclosed in a first class properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

DATED: 4/26/2022

_____
A. Evelyn Rodriguez