UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
LUC BURBON,

                                      Plaintiff,

      -against-

EMBROIDERY CENTRAL, INC.,

                                  Defendants.
--------------------------------------------------------X

**REQUEST FOR CERTIFICATE OF DEFAULT**

*Civil Action No.:*
1:21-cv-1677-NGG-MMH

TO:   DOUGLAS C. PALMER
        UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK

      Please enter the default of Defendant Embroidery Central, Inc., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Bradly G. Marks.

Dated: June 13, 2022         By: _____
                                               Bradly G. Marks
                                               The Marks Law Firm, PC
                                               155 E 55th Street, Suite 6A
                                               New York, NY 10022
                                               T:(646) 770-3775
                                               F: (646) 770- 2639
                                               brad@markslawpc.com