UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
LUC BURBON,

                    Plaintiffs,                    21-cv-1677-NGG-MMH

        -        against   –                **CERTIFICATE OF DEFAULT**

   EMBROIDERY CENTRAL, INC.,

                    Defendants.
---------------------------------------------------------X

        I, Brenna B. Mahoney, Clerk of the Court of the United States District Court

for the Eastern District of New York, do hereby certify that Defendant

EMBROIDERY CENTRAL, INC.,  have not filed any answer or otherwise moved

with respect to the Complaint herein.  The default of Defendant EMBROIDERY

CENTRAL, INC., is hereby noted pursuant to Rule 55(a)  of the  Federal Rules of

Civil Procedure.


Dated: Brooklyn, New York              BRENNA B. MAHONEY, Clerk of the Court
        June 17, 2022                  By: ___*Jalitza Poveda*_____
                                              Deputy Clerk