UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
LUC BURBON,

                        Plaintiff,

-against-

EMBROIDERY CENTRAL, INC.,

                        Defendants.
--------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 1:21-cv-1677-NGG-MMH

### NOTICE OF VOLUNTARY DISMISSAL PUSUANT TO F.R.P. 41(a)(1)(A)(i)

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Luc Burbon by her counsel, hereby gives notice that the above- captioned action is voluntarily dismissed, without prejudice against the Defendant Embroidery Central, Inc.

Dated: New York, New York
        June 17, 2022

                                  THE MARKS LAW FIRM, PC

                                  By:_____
                                    Bradly G. Marks
                                    Attorney for Plaintiff
                                    155 E 55th Street, Suite 6A
                                    New York, NY 10022
                                    T:(646) 770-3775
                                    F: (646) 770- 2639
                                    Brad@markslawfirmpc.com